United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 9, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10504
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WALTER JOHN PROVENZANO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:04-CR-89-ALL-Y
--------------------

Before REAVLEY, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Appealing the Judgment in a Criminal Case, Walter John
Provenzano raises arguments that are foreclosed by United States
v. Scroggins, 411 F.3d 572, 576-77 (5th Cir. 2005), which held
that the Due Process Clause does not bar the application of
Justice Breyer's remedy opinion in United States v. Booker, 125
S. Ct. 738 (2005), when resentencing defendants in light of
Booker.  The Government's motion for summary affirmance is
GRANTED, and the judgment of the district court is AFFIRMED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.